IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PERCIVAL LARONE WILLIAMS,**

    **Plaintiff,**

v.                                                      Case No. 1:22-cv-337-AW-HTC

**SHEILA TAYLOR,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case is before the court upon the magistrate judge's report and recommendation dated January 13, 2023. ECF No. 9. I have made a *de novo* determination of the issues raised in Williams's objections. ECF No. 11.

Having considered the report and recommendation and Williams's objections, I have determined that the report and recommendation should be adopted.

Williams says in his objection that his failure to disclose his litigation history was just a mistake. But he offers no reason to conclude that was so. The cases he failed to disclose were recent. I reject the argument that it was a mere oversight. His failure to disclose warrants dismissal. Separately, and as an independent reason to dismiss, he fails to state a claim for relief.

It is now ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2. The clerk will enter a judgment that says, "This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B) as malicious for abuse of the judicial process due to Plaintiff's failure to disclose his litigation history and for failure to state a claim."

3. The clerk will close the file.

SO ORDERED on January 30, 2023.

*s/ Allen Winsor*
United States District Judge